NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In Re **ABRAHAM JOHNSON,**

*Petitioner*

2026-127

Appeal from the United States District Court for the District of Columbia in No. 1:25-cv-02289-UNA.

**ON PETITION**

PER CURIAM.

**O R D E R**

Abraham Johnson petitions this court for a writ of replevin to "correct" the United States District Court for the District of Columbia's purported "failure to act" on his petition for a writ of habeas corpus, ECF No. 2 at 1, pending in that court since July 2025.

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). As that statute makes clear, however, the Act is not itself a grant of jurisdiction. *See Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999). This court is a court of limited subject matter jurisdiction,

which does not include review of habeas actions. *See* 28 U.S.C. § 1295. Lacking jurisdiction, we may transfer to an appropriate court if it is in the interest of justice. *See* 28 U.S.C. § 1631. Under the circumstances, we deem it appropriate to transfer this petition to the United States Court of Appeals for the District of Columbia Circuit.

Accordingly,

IT IS ORDERED THAT:

Pursuant to 28 U.S.C. § 1631, the petition and all transmittals are transferred to the United States Court of Appeals for the District of Columbia Circuit.

FOR THE COURT

February 13, 2026
Date

Jarrett B. Perlow
Clerk of Court